**MCGUIREWOODS LLP**
Blaec C. Croft
bcroft@mcguirewoods.com
260 Forbes Ave.
Suite 1800
Pittsburgh, PA  15222
Telephone:  412.667.6000
Facsimile:  412.667.6050

*Attorney for Santander Consumer USA Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Morrissey, | CASE NO. 2:20-CV-02345-CDB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |
| Santander Consumer USA Inc. | |
| Defendant. | Complaint Filed: December 4, 2020 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Stephanie Morrissey ("Plaintiff") and Defendant Santander Consumer USA Inc. ("SC") (collectively, the "Parties") hereby stipulate that all individual claims of Plaintiff in this action against SC, including all claims asserted against SC in Plaintiff's Complaint, are dismissed without prejudice as to SC, with the Parties to bear their own fees and costs.  Further, the Parties previously agreed to arbitrate Plaintiff's claim against SC in accordance with the arbitration provision within the Retail Installment Sales Contract ("RISC"), and are therefore dismissing this action without prejudice on that basis.

DATED this 10th day of February, 2021.

 */s/ Trinette G. Kent*                            */s/ Blaec C. Croft*
Trinette G. Kent (State Bar No. 025180)   Blaec C. Croft

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lemberg Law, LLC
3219 E Camelback Rd, #588
Phoenix, AZ 85018
tkent@lemberglaw.com
*Counsel for Plaintiff*

McGuireWoods, LLP
260 Forbes Ave.
Suite 1800
Pittsburgh, PA  15222
bcroft@mcguirewoods.com
*Counsel for Defendant Santander*
*Consumer USA Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28