1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  Stephanie Morrissey, | No. CV-20-02345-PHX-GMS |
| 10         Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Santander Consumer USA Incorporated, | |
| 13         Defendant. | |

14
15
16
17
        Upon consideration of the parties' Stipulation of Dismissal Without Prejudice (Doc. 13), and good cause appearing,

18
19
20
        **IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc 13). The above-captioned matter is dismissed without prejudice, with each party to bear their own fees and costs.

21
22
23
        **IT IS FURTHER ORDERED** in light of the dismissal of this case, directing the Clerk of Court to term the pending Stipulation to Compel Arbitration and Stay Proceedings (Doc. 10) as moot.

24
        Dated this 10th day of February, 2021.

25
26
27

G. Murray Snow
Chief United States District Judge

28